IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JOSE MARIO MONTOYA-DIAZ<br>a/k/a EL VIEJO<br>(Counts 1 and 5)<br>2) CARLOS MARIO MONTOYA<br>a/k/a Junito<br>(Counts 1 and 5)<br>**3) ALEJANDRO GERMAN GONZALEZ**<br>a/k/a Saman<br>(Counts 1 and 5)<br>4) FARID CHAIN-CHAIN<br>a/k/a Feo, Turko, El Mono, Colorao<br>(Counts 1 and 5)<br>5) FABIAN PADILLA-BAEZ<br>(Counts 1, 2, and 5)<br>6) IVELISSE NUÑEZ-GUERRERO, a/k/a I've<br>(Counts 1, 3, and 5)<br>7) EMILIO NOVA-MOTA<br>(Counts 1, 4, and 5)<br>8) PASCUALA PEREZ-EFRECE, a/k/a Atena<br>(Counts 1 and 5)<br>9) JORGE MANOTAS-MEJIA a/k/a Capi<br>(Counts 1 and 5)<br>10) JUAN CARLOS DIAZ-CARRASQUILLO<br>(Counts 1 and 5)<br><br>Defendants | CRIMINAL 05-0111CCC |

# O R D E R

Having considered the Report and Recommendation filed on May 22, 2007 **(docket entry 240)** on a Rule 11 proceeding of defendant Alejandro German Gonzalez held before Magistrate Judge Marcos E. Lopez on May 21, 2007, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Alejandro German Gonzalez is accepted.  The Court FINDS that his/her plea was voluntary and intelligently entered with awareness of his/her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

CRIMINAL 05-0111CCC                            2

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 21, 2007. The **sentencing hearing is set for August 21, 2007 at 4:15 PM.**

      SO ORDERED.

      At San Juan, Puerto Rico, on May 29, 2007.

                                                      S/CARMEN CONSUELO CEREZO
                                                      United States District Judge